UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL ONTIVEROS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>2005 RESIDENTIAL TRUST 3-2, FCI LENDER SERVICES; BANK OF AMERICA, NATIONAL ASSOCIATION DBA COUNTRYWIDE BANK, FSB; and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>2005 RESIDENTIAL TRUST 3-2, FCI LENDER SERVICES,<br><br>    Counterclaimant,<br><br>v.<br><br>ABEL ONTIVEROS, individually and on behalf of all others similarly situated,<br><br>    Counter-Defendant. | Case No. 2:19-cv-00362-DSF-PLA<br><br>**ORDER FOR DISMISSAL** |

**ORDER**

With respect to the above-captioned matter,

1. Plaintiff Abel Ontiveros' claims asserted as an individual are dismissed with prejudice;

2. Counterclaimant 2005 Residential Trust 3-2's counterclaim asserted against Plaintiff Abel Ontiveros as an individual is dismissed with prejudice;

4. The class action allegations in the pleadings are dismissed without prejudice.

5. The parties shall bear their own costs, litigation expenses, and fees.

IT IS SO ORDERED.

DATED: August 23, 2019

_Dale S. Fischer_
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE